UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DEAN GREGORY CHANDLER (1),<br>Defendant. | Case No.: 12-CR-4031-BAS<br><br>**RESTITUTION ORDER** |
|---|---|

After considering the factors set forth in 18 U.S.C. § 3664(f)(2), the Court finds that the Defendant has the ability to pay the restitution as set forth in the following payment schedule:

1. Defendant shall pay restitution at the rate of at least $ 150 per month, subject to modification upon further agreement of the parties or order of the Court.
2. This payment schedule does not foreclose the United States from exercising all legal actions, remedies, and process available to collect the restitution judgment, including but not limited to remedies pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A).
3. As a condition of supervised release, Defendant shall pay the restitution as set forth in the above payment schedule.

**IT IS SO ORDERED.**

DATED: May 10, 2024

_____
Honorable Cynthia Bashant
United States District Judge